# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| ANTONIO CARDELL CARTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:15-cv-04052-SRB |
| BEVIN ARNETT, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File an Amended Complaint (Doc. #21). Prior to Plaintiff's request, Defendants filed their joint Motion to Dismiss (Doc. #14). Upon consideration and review of the record, and in the interest of justice, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to file an Amended Complaint (Doc. #21) is GRANTED, and Plaintiff shall file his amended complaint on or before September 1, 2015; and

**ORDERED** that Defendants' Motion to Dismiss (Doc. #14) is DENIED without prejudice as moot.

If Plaintiff files an amended complaint, Defendants shall answer or otherwise respond to the amended complaint within 21 days of its filing. If Plaintiff fails to file an amended complaint by September 1, 2015, the Court will dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to comply with this order.

Dated: August 18, 2015

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE